**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| LAUREN LEE GAUCK, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOOMAN KARAMIAN a/k/a CORBIN | ) |
| GRIMES a/k/a NIK RICHIE, DIRTY | ) |
| WORLD, LLC d/b/a THEDIRTY.COM | )   No. 2:11-cv-02346-JPM-tmp |
| and/or THEDIRTYARMY.COM; | ) |
| DIRTY, INC.; THE DIRTY, LLC; | ) |
| DIRTY WORLD ENTERTAINMENT, | ) |
| LLC; and DIRTY SCOTTSDALE, | ) |
| LLC; | ) |
| | ) |
|     Defendants. | ) |

**NOTICE OF ELIGIBILITY FOR PARTICIPATION IN CAMERAS PILOT PROJECT**

_Gauck v. Karamian, et al._, Case No. 2:11-cv-02346-JPM-tmp, is set for a preliminary injunction hearing on Thursday, July 21, 2011, at 11:30 a.m.  The purpose of this Notice is to inform you that the above case is eligible for video recording and publication pursuant to the Judicial Conference's Cameras Pilot Project, in which the Western District of Tennessee is a participant.  _See_ June 21, 2011 Administrative Order No. 2011-14 (authorizing a limited exception to Local Rule 83.2(a)'s ban on video recording and publication of district court proceedings).

The parties' consent is required before any proceedings in this case may be recorded.  Any recording and publication conducted pursuant to the pilot program would comply with the program guidelines issued by the Judicial Conference Committee

on Court Administration and Case Management, pursuant to the

pilot program (available at www.uscourts.gov).  Please notify

the Court of your consent or non-consent to video recording and

publication within five (5) days of the entry of this Notice.


s/ JON P. McCALLA_____
CHIEF U.S. DISTRICT JUDGE

July 13, 2011_____
Date