# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **LAUREN LEE GAUCK,**<br><br>    Plaintiff,<br><br>vs.<br><br>**HOOMAN KARAMIAN, a/k/a CORBIN GRIMES, a/k/a NIK RICHIE; DIRTY WORLD, LLC d/b/a THEDIRTY.COM and/or THEDIRTYARMY.COM; DIRTY, INC; THE DIRTY, LLC, DIRTY WORLD ENTERTAINMENT, LLC and DIRTY SCOTTSDALE, LLC,**<br><br>    Defendants. | Case No: 2:11-cv-02346-JPM |

## NOTICE OF CONSENT TO PARTICIPATE IN CAMERAS PILOT PROJECT

Defendants Nik Lamas-Richie and Dirty World, LLC ("Defendants") hereby give notice that they consent to participate in the Court's Cameras Pilot Project, as described in the Court's July 13, 2011 Notice of Eligibility for participation in Cameras Pilot Project (Document # 35).

                                                Respectfully submitted,

                                                s/Brent E. Siler
                                                Brent E. Siler (#022289)
                                                BAKER, DONELSON, BEARMAN,
                                                CALDWELL & BERKOWITZ, P.C.
                                                165 Madison Avenue, Suite 2000
                                                Memphis, Tennessee  38103
                                                (901) 526-2000 – Telephone
                                                (901) 577-2303 – Facsimile

                                                *Attorneys for Defendants*
                                                *Nik Lamas-Richie and Dirty World, LLC*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's electronic filing system to Plaintiff, Randall J. Fishman, Richard S. Townley, and Barry Ward, Ballin, Ballin & Fishman, P.C., 200 Jefferson, Memphis, Suite 150, Tennessee 38103, this 18th day of July, 2011.

                                                s/Brent E. Siler

M BES1 2247503 v1
2920223-000001  07/18/2011